# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE LONNELL ROBERSON,<br><br>Plaintiff,<br><br>v.<br><br>CSP-CORCORAN MAILROOM STAFF, et al.,<br><br>Defendants. | Case No. 1:17-cv-01331-SAB (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF Nos. 9, 11) |

Plaintiff Clarence Lonnell Roberson is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 10, 2018, the Court issued a screening order granting Plaintiff leave to file an amended complaint within thirty days. (ECF No. 7.) No response was received by the Court to that order. Thus, on March 2, 2018, the Court issued an order to show cause why this action should not be dismissed for Plaintiff's failure to file any amended complaint or otherwise respond to the Court's order. (ECF No. 9.)

On March 12, 2018, Plaintiff filed a show cause response and an amended complaint, explaining that he did not receive the Court's January 10, 2018 screening order until February 25, 2018, due to being moved from Mule Creek State Prison to CHCR-Stockton. Plaintiff asserts that he diligently filed an amended complaint once he received his delayed legal mail.

///

///

1

1 | Good cause being shown, the order to show cause is HEREBY DISCHARGED.
2 | Plaintiff's first amended complaint will be screened in due course.

IT IS SO ORDERED.

Dated:   **March 13, 2018**

_____
UNITED STATES MAGISTRATE JUDGE